UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID WAYNE KEITH,

     Plaintiff,

vs                                        Case No: 08-13038
                                           Honorable Victoria A. Roberts

RAYMOND BOOKER,

     Defendant.
_____/

## <u>ORDER</u>

On October 20, 2008, the Court held a status conference. Attending were David Revore representing the Plaintiff and Joseph Pittel representing the Defendant.

Based on the discussion held, the following is ordered:

1. The parties will have 45 days to conduct limited discovery, including some paper discovery, deposition of the Plaintiff and securing of medical records. Specifically, Defendant is to provide Plaintiff with the policies they rely on for conducting the lockdown/immobilization on employees on the day in question.

2. A conference call is set for December 16, 2008 at 4:00 to determine the need for further discovery, or to discuss the possibility of an early settlement conference. The Court will initiate the conference call.

**IT IS ORDERED.**

                                           /s/ Victoria A. Roberts
                                           Victoria A. Roberts
                                           United States District Judge


Dated: October 22, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 22, 2008.

s/Linda Vertriest
Deputy Clerk